IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01507-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROBERT ALLEN DIEHL,

        Defendant.

_____

ORDER DIRECTING SERVICE OF COPY OF FINAL JUDGMENT
_____

On July 18, 2007, this Court entered final judgment as to the defendant Robert Allen Diehl, pursuant to his consent attached to the complaint. No address has been provided for the defendant and, therefore, the Clerk is unable to mail a copy of the judgment to the defendant. Because the judgment requires affirmative action to be taken by the defendant as well as injunctive prohibitions as to his future conduct, it is essential that the Court be certain that the defendant has a copy of the judgment and it is therefore

ORDERED that the Securities and Exchange Commission shall make personal service of a copy of the final judgment on the defendant and provide proof of such service to the Court on or before July 30, 2007.

DATED: July 20th, 1007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge